| | |
|---|---|
| 1 | **RIGHETTI GLUGOSKI, P.C.** |
| 2 | John Glugoski, Esq. (SBN 191551) |
|   | 220 Halleck Suite 220 |
| 3 | San Francisco, CA 94129 |
|   | Telephone: (415) 983-0900 |
| 4 | Facsimile: (415) 397-9005 |
| 5 | jglugoski@righettilaw.com |
| 6 | **NATHAN & ASSOCIATES, APC** |
|   | Reuben D. Nathan (State Bar No. 208436) |
| 7 | 2901 W. Coast Hwy., Suite 200 |
|   | Newport Beach, California 92663 |
| 8 | Telephone; (949)270-2798 |
| 9 | Facsimile:  (949)209-0303 |
|   | E-Mail: rnathan@nathanlawpractice.com |
| 10 | |
| 11 | Attorneys for Plaintiff, JEFF SMOROWSKI |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF SMOROWSKI, on behalf of himself and all similarly situated persons, | Case No. 2:20-cv-10739 |
| Plaintiff, | **DECLARATION OF PLAINTIFF JEFF SMOROWSKI RE: VENUE PURSUANT TO CAL. CIV. CODE §1780(d)** |
| vs. | |
| DOMINO'S PIZZA LLC; DOMINO'S PIZZA, INC. and DOES 1 through 25 inclusive, | **JURY TRIAL DEMANDED** |
| Defendants. | |

---

1

**DECLARATION OF PLAINTIFF JEFF SMOROWSKI RE: VENUE PURSUANT TO CAL. CIV. CODE §1780(d)**

# CLRA VENUE DELCARATION
# PURSUANT TO CAL. CIV. CODE §1780(d)

I, Jeff Smorowski, declare as follows in accordance with California Civil Code Section 1780(d):

1. I am the plaintiff in this action and I am a citizen of the state of California, residing in Los Angeles County. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

2. The complaint filed in this action is filed in the proper place for trial pursuant to California Civil Code Section 1780(d) because the Defendants, Domino's Pizza LLC and Domino's Pizza Inc ("Defendants") conducts substantial business in this District.

3. I purchased pizzas and sandwich food products from stores located in Los Angeles County and Orange County, California. I relied on the Defendants' false and misleading advertising that the products would be sold at the advertised price, which was a substantial factor influencing my decision to purchase the products.

4. If I were aware that the Defendant's products would not be sold at the advertised price, I would not have purchased them.

I declare under penalty of perjury under the Laws of the United States Of

America and the State of California that the foregoing is true and correct.

Executed this 30th day of November, 2020, at San Francisco, California.

<u>/s/Jeff Smorowski</u>
Plaintiff

**DECLARATION OF PLAINITFF JEFF SMOROWSKI RE: VENUE PURSUANT TO CAL. CIV. CODE §1780(d)**