**RIGHETTI GLUGOSKI, P.C.**
John Glugoski, Esq. (SBN 191551)
220 Halleck Street, Suite 220
San Francisco, CA 94129
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
jglugoski@righettilaw.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663
Telephone; (949)270-2798
Facsimile:  (949)209-0303
E-Mail: rnathan@nathanlawpractice.com

Attorneys for Plaintiff, JEFF SMOROWSKI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SMOROWSKI, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC; DOMINO'S PIZZA, INC. and DOES 1 through 25 inclusive,<br><br>Defendants | Case No. 2:20-cv-10739<br><br>**CLASS ACTION COMPLAINT**<br><br>**NOTICE OF ERRATA RE: COMPLAINT**<br><br><br><br>**JURY TRIAL DEMANDED** |

4826-8803-5908.1

1

**NOTICE OF ERRATA RE: COMPLAINT**

Plaintiff hereby makes correction to paragraphs 6 and 23-26 of the Complaint filed in this matter on or about November 24, 2020.  The corrections are found at page 2 and page 7 of the Complaint.

Plaintiff mistakenly attached at page 2 of the Complaint a Domino's advertisement from 2009 instead of a more recent ad running in 2020.

In addition, Plaintiff inadvertently and mistakenly referred to a food item purchased by Plaintiff as "Sweet BBQ Bacon Chicken Sandwich" when it is referred to by Defendants as Specialty *Chicken Sweet BBQ Bacon.*

Based on the foregoing, Plaintiff make the following corrections to the Complaint:

A.  **Paragraph 6 is stricken and replaced with:**

6.  Among its many discounted programs is Domino's "Mix & Match" ("Mix & Match") deal[1], which has been in existence since (at least) 2009. An example of a 2020 advertisement of Domino's' Mix & Match deal is set forth below:



**B.     Paragraph 23- 26 are stricken and replaced with:**

23.     For example, on August 19, 2020, Mr. Smorowski purchased Two Medium Regular Pizzas and Specialty Chicken Sweet BBQ Bacon under Domino's' Mix & Match deal at Domino's located at 2934 Westminster, Seal Beach, California. Mr. Smorowski should have been charged $5.99 for each product or $17.97 in total, but Domino's charged Mr. Smorowski $19.97.

24.     Similarly, on August 19, 2020, Mr. Smorowski purchased Two Medium Regular Pizzas and Specialty Chicken Sweet BBQ Bacon under Domino's Mix & Match deal at Domino's located at 11921 Beach Blvd. Stanton, California. Mr. Smorowski should have been charged $5.99 for each product or $17.97in total, but Domino's charged Mr. Smorowski $19.47.

25.     For example, on August 19, 2020, Mr. Smorowski purchased Two Medium Regular Pizzas and Specialty Chicken Sweet BBQ Bacon under Domino's Mix & Match deal at Domino's located at 7985 Westminster Blvd, Westminster, California. Mr. Smorowski should have been charged $5.99 for each product or $17.97 in total, but Domino's charged Mr. Smorowski $18.97.

26.     Similarly, on August 19, 2020, Mr. Smorowski purchased Two Medium Regular Pizzas and Specialty Chicken Sweet BBQ Bacon under Domino's Mix & Match deal at Domino's located at 14712 Whittier Blvd. Whittier, California. Mr. Smorowski should have been charged $5.99 for each product or $17.97 in total, but Domino's charged Mr. Smorowski $21.97.

A true and correct copy of the Complaint with the corrected paragraphs is marked and attached hereto as Exhibit 1.

DATED: December 2, 2020

Respectfully submitted,

RIGHETTI GLUGOSKI

By: _____
John Glugoski Esq.
Attorneys for Plaintiff and Class